■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT BURGESS, Appellant.—Judgment, Supreme Court, New York County (William J. Davis, J.), rendered April 29, 1987, convicting defendant, upon his guilty plea, of murder in the second degree, and sentencing him to a prison term of 15 years to life, unanimously affirmed.

We are in agreement with the suppression court that neither the photo array nor the lineup were unduly suggestive *(People v Chipp,* 75 NY2d 327), and accordingly do not reach the People's argument that defendant waived his right to

appeal the denial of his suppression motion. Concur—Sullivan, J. P., Milonas, Kupferman, Asch and Smith, JJ.